UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD P. DAVIS, executor for the estate of Edward V. Davis,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, dba CHAMPION MORTGAGE COMPANY,<br><br>Defendant. | No. 2:18-cv-01083-TLN-EFB<br><br>ORDER |

On February 21, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 22.) No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed findings and fecommendations filed February 21, 2019, (ECF No. 22), are ADOPTED;

2. Defendant's motion to dismiss (ECF No. 7) is granted; and

3. Plaintiff's first amended complaint (ECF No. 4) is dismissed with leave to amend. Plaintiff is granted thirty days from the date of this order to file an amended complaint as provided in the magistrate judge's findings and recommendations. The amended complaint must include the docket number assigned to this case and must be labeled "Second Amended Complaint." Failure to timely file an amended complaint in accordance with this Order will result in a recommendation by the magistrate judge that this action be dismissed.

Dated: March 28, 2019

Troy L. Nunley
United States District Judge